BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
email:  yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>DENNIS JOHNS,<br><br>　　　　　　　　　Respondent, | 1:12-cv-01228-AWI-GSA<br><br>**ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>Date:  June 17, 2013<br>Time:  1:30 p.m.<br>Ctrm:  2, 8th Floor<br>Honorable Judge Anthony W. Ishii |

　　　Upon the Petition of BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, and its exhibits including the Declaration of Revenue Officer Michael J. Papasergia, it is hereby:

　　　ORDERED that the Respondent, DENNIS JOHNS, appear before Senior United States District Judge Anthony W. Ishii, in that Judge's courtroom in the United States Courthouse, 2500 Tulare Street, Fresno, California, 93721, on June 17, 2013, at 1:30 p.m., and that Respondent show cause as follows:

　　　1.　　Why Respondent, DENNIS JOHNS, should not be held in civil contempt of this Court for his failure to comply with the Order filed October 9, 2012, directing Respondent to comply with the I.R.S. Summons issued on February 23, 2012.

///

///

ORDER TO SHOW CAUSE
RE:  CIVIL CONTEMPT

1

2. Why the Respondent should not be incarcerated and ordered to pay a daily fine until he complies with the Order, and ordered to pay a compensatory fine to the United States.

IT IS FURTHER ORDERED that within seven (7) calendar days after the filing of this Order, the Respondent shall file and serve a written response to the "United States' Petition Re: Civil Contempt of Order Filed October 9, 2012," filed May 14, 2013. Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition will be considered admitted.

Respondent is hereby notified that a failure to comply with the Order will subject Respondent to possible further sanctions for contempt of Court.

IT IS SO ORDERED.

Dated:  May 15, 2013

_____
SENIOR DISTRICT JUDGE

ORDER TO SHOW CAUSE
RE:  CIVIL CONTEMPT

2