1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5  email:  yoshinori.himel@usdoj.gov

6  Attorneys for Petitioner United States of America

7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | 1:12-cv-01228-AWI-GSA |
   | --- | --- |
12 |                Petitioner, | **ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT** |
13 |        v.  | Date:  June 17, 2013 |
14 | DENNIS JOHNS, | Time:  1:30 p.m. |
   |            | Ctrm:  2, 8th Floor |
15 |                Respondent, | Honorable Judge Anthony W. Ishii |

16

17      Upon the Petition of BENJAMIN B. WAGNER, United States Attorney for the

18 Eastern District of California, and its exhibits including the Declaration of Revenue Officer

19 Michael J. Papasergia, it is hereby:

20      ORDERED that the Respondent, DENNIS JOHNS, appear before Senior United

21 States District Judge Anthony W. Ishii, in that Judge's courtroom in the United States

22 Courthouse, 2500 Tulare Street, Fresno, California, 93721, on June 17, 2013, at 1:30 p.m.,

23 and that Respondent show cause as follows:

24      1.    Why Respondent, DENNIS JOHNS, should not be held in civil contempt of

25 this Court for his failure to comply with the Order filed October 9, 2012, directing

26 Respondent to comply with the I.R.S. Summons issued on February 23, 2012.

27 ///

28 ///

ORDER TO SHOW CAUSE                           1
RE:  CIVIL CONTEMPT

2.      Why the Respondent should not be incarcerated and ordered to pay a daily fine until he complies with the Order, and ordered to pay a compensatory fine to the United States.

IT IS FURTHER ORDERED that within seven (7) calendar days after the filing of this Order, the Respondent shall file and serve a written response to the "United States' Petition Re: Civil Contempt of Order Filed October 9, 2012," filed May 14, 2013.  Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition will be considered admitted.

Respondent is hereby notified that a failure to comply with the Order will subject Respondent to possible further sanctions for contempt of Court.

IT IS SO ORDERED.

Dated:   May 15, 2013

_____
SENIOR DISTRICT JUDGE

ORDER TO SHOW CAUSE
RE:  CIVIL CONTEMPT

2