1  BENJAMIN B. WAGNER
United States Attorney
2  YOSHINORI H. T. HIMEL #66194
Assistant United States Attorneys
3  501 I Street, Suite 10-100
Sacramento, CA  95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5  email:  yoshinori.himel@usdoj.gov

6  Attorneys for Petitioner United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            1:12-cv-01228-AWI-GSA
                                         **ORDER FINDING**
12                       Petitioner,     **RESPONDENT IN CIVIL**
                                         **CONTEMPT OF ORDERS FILED**
13          v.                           **OCTOBER 9, 2012, AND MAY 16,**
                                         **2013**
14  DENNIS JOHNS,

15                       Respondent,

16

17          This matter came before me on June 17, 2013, under the Contempt Order to Show

18  Cause filed May 16, 2013.  Assistant United States Attorney Yoshinori H. T. Himel and

19  investigating Revenue Officer Michael J. Papasergia were present.  Respondent did not file

20  opposition to contempt and did not appear at the show-cause hearing.  Based upon the entire

21  record and oral proceedings, I make the following findings:

22          1.       By Order filed October 9, 2012, I enforced an IRS summons issued February

23  23, 2012, directed to the respondent, Dennis Johns, and seeking testimony, books, checks,

24  records, papers and other data to aid Revenue Officer Papasergia's investigation to determine

25  financial information relevant to the IRS' efforts to collect Form 1040 delinquent taxes for

26  the tax years ending December 31, 2003, December 31, 2004, December 31, 2005,

27  December 31, 2006, and December 31, 2007.  I ordered respondent to meet with the

28  investigating Revenue Officer on the 21st day after the issuance of the Order, or at a later

ORDER FINDING RESPONDENT IN CIVIL CONTEMPT OF ORDERS                1
FILED OCTOBER 9, 2012, AND MAY 16, 2013

1   date to be set in writing by the Revenue Officer, and to produce all testimony, and bring with

2   him and produce for examination documents in obedience to the summons issued February

3   23, 2012.

4          2.      On October 24, 2012, the Revenue Officer wrote the respondent setting the

5   compliance date for October 30, 2012, at 11:00 a.m., in the Bakersfield IRS Office, as

6   agreed.

7          3.      The respondent failed to appear.

8          4.      On January 2, 2013, Assistant U.S. Attorney Yoshinori H. T. Himel wrote to

9   Respondent setting a further opportunity for compliance for January 22, 2013, at 11:00 a.m.

10  in the Bakersfield IRS Office.

11         5.      The respondent failed to appear for the appointment and failed to contact

12  Petitioner to reschedule.

13         6.      On May 14, 2013, Petitioner filed a Petition for Contempt of Oder Filed on

14  October 9, 2012.  This Court's Order filed May 16, 2013, required respondent to appear

15  before this Court on June 17, 2013, at 1:30 p.m., and show cause as to why he should not be

16  held in contempt for failure to comply with the Order filed October 9, 2012.  This order

17  further set a date certain for a written response by the respondent.  This order was duly

18  served by mail on the respondent.

19         7.      Respondent failed to file a written response, and failed to appear at the hearing.

20         8.      Respondent's failure to comply with the Orders filed October 9, 2012 and May

21  16, 2013, continues to the present.

22         9.      "A court has the inherent power to punish for civil or criminal contempt any

23  obstruction of justice relating to any judicial proceeding."  Lambert v. Montana, 545 F.2d 87,

24  88 (9th Cir. 1976).  Petitioner has the burden of proving its prima facie case by clear and

25  convincing proof.  Balla v. Idaho State Bd. Of Corrs., 869 F.2d 461, 466 (9th Cir. 1989).

26         10.     By the Petition for Contempt and supporting documents, including the

27  declaration of Michael J. Papasergia, Petitioner has met this burden.

28         Based upon the foregoing, I find, order and adjudge as follows:

ORDER FINDING RESPONDENT IN CIVIL CONTEMPT OF ORDERS                              2
FILED OCTOBER 9, 2012, AND MAY 16, 2013

1       A.     Respondent, DENNIS JOHNS, is in civil contempt of this Court for his failure

2  to comply with the Order filed on October 9, 2012, directing Respondent to comply with the

3  IRS summons issued February 23, 2012, and with the Order filed May 16, 2013, ordering

4  respondent to appear before me for the trial of his contempt.

5       B.     A no-bail Bench Warrant for the arrest of Respondent, DENNIS JOHNS, will

6  issue.

7       C.     After arrest, Respondent, DENNIS JOHNS, is to be incarcerated and brought

8  before me for hearing on the remedies for his civil contempt.

9

10

IT IS SO ORDERED.

11

12  Dated:   June 18, 2013

           SENIOR  DISTRICT  JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER FINDING RESPONDENT IN CIVIL CONTEMPT OF ORDERS
FILED OCTOBER 9, 2012, AND MAY 16, 2013

3