BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-cv-01228-AWI-GSA |
|---|---|
| Petitioner, | **PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE** |
| v. | |
| DENNIS JOHNS, | **Taxpayer:  DENNIS JOHNS** |
| Respondent. | |

TO THIS HONORABLE COURT:

   PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons enforced here.  The case can and should be closed.

Dated:  September 19, 2013          Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                            By:     */s/  YHimel*
                                    YOSHINORI H. T. HIMEL
                                    Assistant U.S. Attorney
                                    Attorneys for Petitioner
                                    United States of America

## **ORDER**

Upon Petitioner's notice of compliance and recommendations, the Clerk shall close this file.

IT IS SO ORDERED.

Dated: September 19, 2013

_____
SENIOR DISTRICT JUDGE